IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                                   CIVIL ACTION NO.  2:17-cv-03929

RONNIE WILLIAMS,

        Defendant.

ORDER

Plaintiff Keith Lowe's Motion for Order Instructing MOCC Officials to Provide Plaintiff Access to Word Processor and Disks [ECF No. 158] was referred to Magistrate Judge Dwane L. Tinsley for disposition. On May 27, 2021, Judge Tinsley submitted his Proposed Findings and Recommendations ("PF&R") recommending that the Motion be denied. Plaintiff has not made any objections to the PF&R and the deadline to do so has passed. Defendant Ronnie Williams makes no objection to the PF&R but did file an explanatory brief for the record in which he states that the word processor Mr. Lowe sought to access had been mailed out of the Mount Olive Correctional Complex by Mr. Lowe himself to avoid confiscation after being disciplined for possessing contraband and attempting to escape. [ECF No. 166].

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections, the court adopts and incorporates herein the PF&R and orders judgment on the Motion [ECF No 158] consistent therewith.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    July 29, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE